NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Hon. Phillip Terrell, Jr.
9th JDC DA
P. O. Box 7358
Alexandria La 71306-7358

Kenneth A. Doggett, Jr.
9TH JDC ADA Rapides
P.O. Box 7358
Alexandria La 71306

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 8, 2026

**REHEARING ACTION: April 8, 2026**

**Docket Number: 24   00156-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DAVEON DESHAN MCCULLOUGH**

**Writ Application from Rapides Parish Case No. 240,891**

**BEFORE JUDGES:**

    **Hon. Candyce G. Perret**
    **Hon. Jonathan W. Perry**
    **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **State of Louisiana** has this day been

> **REHEARING DENIED**. Uniform Rules—Courts of Appeal, Rule 2–18.7(1) provides that an application for rehearing will be considered in cases where the court has granted a writ application on the merits. In its original writ ruling herein, this court granted the writ but denied relief on the merits of the issue at hand. Accordingly, the proper remedy to challenge this court's ruling on the writ is a timely application for writs to the Louisiana Supreme Court.

cc: Charles F. Connolly, Counsel for  the Respondent
   Carol A. Kolinchak, Counsel for  the Respondent
   Allison Thornton Coffin, Counsel for  the Respondent
   Madeline M. Bardi, Counsel for  the Respondent
   Aleena Ijaz, Counsel for  the Respondent